

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 27, 2026

**By ECF**

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Seife v. DOJ*, No. 25 Civ. 9617 (JAV)

Dear Judge Vargas:

      This Office represents Defendant the U.S. Department of Justice (the "Government") in the above-referenced Freedom of Information Act action, in which Plaintiff Charles Seife seeks certain correspondence to and from Edward Martin while he served as the interim U.S. Attorney for the District of Columbia. *See, e.g.*, Complaint ¶¶ 3–4 , Dkt. No. 7.

      The Government writes jointly with Plaintiff in response to the Court's order of March 26, 2026, Dkt. No. 20, to provide a status update on progress made in this action to date. As previously explained in the parties' prior letters (Dkt. Nos. 10, 13, 17, 19), the Government made an initial production of records in December 2025 and subsequently agreed to Plaintiff's requests to re-release that production with fewer redactions and to conduct a supplemental search. The Government re-released the initial production on January 26, 2026, and made a first release of records from the supplemental search on January 30, 2026.

      After several productive discussions regarding narrowing the supplemental search, the Government began conducting a narrowed supplemental search in mid-March 2026. It made its first release of records from the narrowed supplemental search on April 14, 2026. Plaintiff made inquiries about this release on April 19 and 20, 2026, to which the Government is preparing a response. The Government intends to make a second release of records from the narrowed supplemental search before the end of April.

2

The parties thank the Court for its consideration of this joint status report and will file their next joint status report by June 26, 2026.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Alyssa B. O'Gallagher*
ALYSSA B. O'GALLAGHER
Assistant United States Attorney
Tel.: (212) 637-2822
Email: alyssa.o'gallagher@usdoj.gov

cc:    Plaintiff's counsel (via ECF)

2